KAREN L. LOEFFLER
United States Attorney

STEPHANIE C. COURTER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Stephanie.Courter@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) <u>COUNT 1</u>: |
| vs. | ) INTERFERENCE WITH FLIGHT ) CREW MEMBERS AND ) ATTENDANTS |
| NOBUYA MICHAEL OCHINERO, | ) Vio. of 49 U.S.C. § 46504 ) |
| Defendant. | ) |

I N D I C T M E N T

The Grand Jury charges that:

<u>COUNT 1</u>:

On or about February 10, 2014, within the District of Alaska and

elsewhere, the defendant, NOBUYA MICHAEL OCHINERO, an individual

on an aircraft in the special aircraft jurisdiction of the United States – namely, All Nippon Airways international flight NH 10 (also referenced as United Airlines flight UA 9735) – did knowingly interfere with the performance of the duties of flight crew members and flight attendants of the aircraft and did lessen the ability of said members and attendants to perform their duties, all by assaulting and intimidating them.

All of which is in violation of Title 49, United States Code, Section 46504.

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Stephanie C. Courter
STEPHANIE C. COURTER
Assistant U.S. Attorney
United States of America

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney
United States of America

DATE: 2/19/2014

Page 2 of 2