IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. NOBUYA MICHAEL OCHINERO

CASE NO:  3:14-cr-00014-SLG-DMS

-----------------------------------------------------------------------------

Defendant Nobuya Michael Ochinero,

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_\_Released to _____, the third party custodian(s)

\_\_\_\_\_Paid cash bail in the amount of _____ to the Clerk of Court

\_\_\_\_\_Posted unsecured bond in the amount of _____

\_\_\_\_\_Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court

\_\_\_\_\_Surrendered passport to the U.S. Probation and Pretrial Services Office

_X_ Other *to a representative from the Salvation Army Clithroe Center.*

Dated at Anchorage, Alaska this 11th day of April, 2014.

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

Deborah M. Smith
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 4/14)