MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. NOBUYA MICHAEL OCHINERO   CASE NO. 3:14-cr-00014-SLG
Defendant: _X_ Present _X_ On Bond

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK/RECORDER: SUZANNETTE DAVID-WATERS

UNITED STATES' ATTORNEY: STEPHANIE CAROWAN COURTER

DEFENDANT'S ATTORNEY: JAMIE McGRADY

U.S.P.O.: CHARLENE HENSEL

PROCEEDINGS: PROPOSED CHANGE OF PLEA HELD APRIL 18, 2014:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:48 a.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: SAME AS ABOVE   Age: 38

_X_ Defendant changed plea to guilty on count 1 of the Indictment.

_X_ Court accepted plea. Referred to P.O. for Presentence Report.

_X_ Court reserved acceptance of the plea agreement.

_X_ Imposition of Sentence set for **July 7, 2014 at 3:00 p.m.**

_X_ OTHER: Court and counsel heard re plea agreement and correction made on record re statutory penalties. Defendant's conditions of release remain as set.

At 9:09 a.m. court adjourned.

DATE: April 18, 2014   DEPUTY CLERK'S INITIALS: SDW

Revised 1-27-14