KAREN L. LOEFFLER
United States Attorney

STEPHANIE C. COURTER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Stephanie.Courter@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:14-cr-00014-SLG-DMS |
|---|---|
| Plaintiff, | ) **MOTION FOR WARRANT OF ARREST** |
| vs. | ) [FILED ON SHORTENED TIME] |
| NOBUYA MICHAEL OCHINERO, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves this Court to issue an arrest warrant in the above captioned case.  The defendant has violated the terms of his release, as outlined in Exhibit 1 attached hereto.  As such,

he should be taken into custody pending an additional hearing in this matter.

On April 11, 2014, the defendant was released from custody in order to participate in an in-patient residential treatment program at the Clitheroe Center. Docket 20. This Court subsequently modified the defendant's conditions of release as outlined at Docket 27.

As outlined more fully in Exhibit 1, the defendant has failed to comply with the terms of his release. As such, he should be taken back

//

//

//

//

//

//

//

//

U.S. v. Ochinero  Page 2 of 3
3:14-cr-00014-SLG-DMS

into custody. Therefore, the United States respectfully requests that the Court issue an arrest warrant for defendant Nobuya Michael Ochinero. Defense counsel is aware of and does not oppose this request.

RESPECTFULLY SUBMITTED this 28th day of April, 2014 in Anchorage, Alaska.

> KAREN L. LOEFFLER
> United States Attorney
>
> s/ Stephanie C. Courter
> STEPHANIE C. COURTER
> Assistant United States Attorney
> United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 28, 2014,
a true and correct copy of the foregoing
was served electronically on the following:

Jamie McGrady, Esq.

s/ Stephanie C. Courter
Office of the U.S. Attorney