MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. NOBUYA MICHAEL OCHINERO CASE NO. 3:14-cr-00014-SLG-DMS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: DEBORAH M. SMITH

DEPUTY CLERK/RECORDER: NANCY LEALAISALANOA

UNITED STATES' ATTORNEY: STEPHANIE CAROWAN COURTER

DEFENDANT'S ATTORNEY: DARREL J. GARDNER

U.S.P.O.: CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON WARRANT FOR VIOLATION OF
CONDITIONS OF RELEASE HELD APRIL 30, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:05 a.m. court convened.

_X_ Copy of Warrant of Arrest for Violation of Conditions of Release given to the defendant: Summary read.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Order of Detention Pending Sentencing **FILED**.

_X_ OTHER: Imposition of Sentence previously set for **July 7, 2014 at 3:00 p.m.** before Judge Sharon L. Gleason.

At 11:26 a.m. court adjourned.

DATE: April 30, 2014    DEPUTY CLERK'S INITIALS: NXL

Revised 1-27-14