```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  NOBUYA MICHAEL OCHINERO   CASE NO. 3:14-cr-00014-SLG
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:           SHARON L. GLEASON

DEPUTY CLERK/RECORDER:          SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:              R. JOY STANCEL

UNITED STATES ATTORNEY:         STEPHANIE CAROWAN COURTER

DEFENDANTS ATTORNEY:            JAMIE McGRADY

U.S.P.O.:                       MATT JEDROSKO AND CHRIS LIEDIKE

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JULY 7, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:04 p.m. court convened.

 X Court accepted plea agreement.

 X Court stated findings pursuant to sentencing guidelines.

 X Imprisonment for a period of  139 days with credit for time
   served on Count 1 of the Indictment.

 X Defendant placed on supervised release for a period of  3
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

 X Special Assessment $ 100.00 , due immediately.

 X Restitution $ To be determined .

 X Defendant remanded to the custody of the U.S. Marshal.

 X Court advised the defendant appeal rights have been waived.

 X Payment coupon given to defendant.

 X Release Order **FILED.**

Status Conference set for **July 22, 2014 at 4:00 p.m.**

At 3:39 p.m. court adjourned.

OFF RECORD NOTE: Original and 1 copy of the Release Order hand-delivered to the U.S. Probation Officer, Chris Liedike.

DATE:       July 7, 2014          DEPUTY CLERK'S INITIALS:   SDW

Revised 5-29-14