MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  NOBUYA MICHAEL OCHINERO
CASE NO.    3:14-cr-00014-SLG
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:            SHARON L. GLEASON

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

OFFICIAL REPORTER:            NOT PRESENT

UNITED STATES' ATTORNEY:        STEPHANIE CAROWAN COURTER

DEFENDANT'S ATTORNEY:          JAMIE MCGRADY

U.S.P.O.:                CHRIS LIEDIKE

PROCEEDINGS: STATUS CONFERENCE HELD JULY 22, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 12:35 p.m. court convened.

Court and counsel heard re defendant's supervised release
conditions, defendant's living conditions, alcohol violations,
possible half-way house placement, filing a petition violation
and amending the judgment.

At 12:46 p.m. court recessed until 1:01 p.m.

Court and counsel heard re possible placement at the New Life
Development Center, structure for the defendant and terms of
supervised release.

Court admonished the defendant regarding terms of supervised
release and not to consume alcohol and a possible filing of a
petition if there are further violations of the conditions of
supervised release.

Court ordered Mr. Liedike to provide an update regarding
obtaining a psychological evaluation for the defendant as soon as
possible.

Court and counsel heard re defendant's restitution amount and if
parties are able to reach a stipulated amount to file a
stipulation as soon as possible with the court.

Status Conference set **July 24, 2014 at 3:00 p.m.**

Defendant's conditions of supervised release remain as previously
set.

At 1:10 p.m. court adjourned.

DATE:       July 22, 2014       DEPUTY CLERK'S INITIALS:   CME
Revised 5-29-14