MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __NOBUYA MICHAEL OCHINERO__ CASE NO. 3:14-cr-00014-SLG
Defendant: _X_ Present _X_ On Bond

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK/RECORDER: SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER: NOT PRESENT

UNITED STATES ATTORNEY: STEPHANIE CAROWAN COURTER

DEFENDANTS ATTORNEY: JAMIE McGRADY

U.S.P.O.: CHRIS LIEDIKE

PROCEEDINGS: STATUS CONFERENCE HELD JULY 24, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:03 p.m. court convened.

Court and counsel heard re status with different programs and proposed home for the defendant.

Court and counsel heard re written assessment for mental evaluation.

Status Conference set for **August 12, 2014 at 1:00 p.m**.

Defendant's conditions of release remain as set.

At 3:14 p.m. court adjourned.

DATE: July 24, 2014        DEPUTY CLERK'S INITIALS: SDW

Revised 5-29-14