```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   NOBUYA MICHAEL OCHINERO    CASE NO. 3:14-cr-00014-SLG
Defendant:  X Present    X On Bond

BEFORE THE HONORABLE:           SHARON L. GLEASON

DEPUTY CLERK/RECORDER:          SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:              R. JOY STANCEL

UNITED STATES ATTORNEY:         STEPHANIE CAROWAN COURTER

DEFENDANTS ATTORNEY:            JAMIE McGRADY

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: STATUS CONFERENCE HELD AUGUST 12, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:13 p.m. court convened.

Court admonished the defendant re defendant's types of unacceptable communications.

Court and counsel heard re meeting set with Anchorage Community Mental Health tomorrow.

Court and counsel heard re option of civil commitment; Parties may file a brief to address if civil commitment is an option by **August 19, 2014.**

Court and counsel heard re Ms. McGrady's communications with the Office of Public Advocacy.

At 2:23 p.m. court recessed until 2:28 p.m.

Court and counsel heard re Alaska Statute, Title 13.

Court and counsel heard defendant address the court.

Status Conference set for **August 28, 2014 at 3:30 p.m.;** to address civil commitment.

Defendant's conditions of release remain as set.

At 2:34 p.m. court adjourned.


DATE:    August 12, 2014          DEPUTY CLERK'S INITIALS:    SDW

Revised 5-29-14