KAREN L. LOEFFLER
United States Attorney

STEPHANIE C. COURTER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: stephanie.courter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of )Case No. 3:14-cr-00014-SLG | |

In the Matter of ) Case No. 3:14-cr-00014-SLG
 )
NOBUYA MICHAEL ) **PETITION FOR WRIT OF**
OCHINERO, ) **HABEAS CORPUS AD**
 ) **PROSEQUENDUM**
On Writ of Habeas Corpus )

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

NOBUYA MICHAEL OCHINERO, who is imprisoned by the State of Alaska Department of Corrections, at the Anchorage Jail, is a defendant in a certain cause now pending before this Court, to wit: United States of America v. Nobuya Michael Ochinero, 3:14-cr-00014-SLG. As part of this pending action, a petition to revoke supervised release has been filed, and it is now necessary to schedule an initial appearance and status conference to address the pending petition.

//

WHEREFORE, Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the Court in Anchorage, Alaska, for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

KAREN L. LOEFFLER
United States Attorney

DATED: 09/03/2014

s/Stephanie C. Courter
STEPHANIE C. COURTER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: stephanie.courter@usdoj.gov