UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case: 3:14-cr-00014-01-SLG |
| | ) | |
| vs. | ) | Order on Petition |
| | ) | |
| Nobuya Michael Ochinero | ) | |

Based on the Superseding Petition for Warrant or Summons for Offender Under Supervised Release filed on September 3, 2014, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[ XX ] A WARRANT FOR ARREST be issued and delivered to the U.S. Marshal's Service; and that the superseding petition, probation officer's superseding declaration, this order, and a copy of the warrant be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.

    [ ] The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge;

**OR**

    [ XX ] The petition for supervised release revocation is referred to U.S. District Judge Sharon L. Gleason (if available) for initial appearance/preliminary hearings(s), and evidentiary hearings. If the District Judge is unavailable, the matter is referred to the Magistrate Judge for initial appearance /preliminary hearing(s).

[ ] A summons be issued.

    [ ] The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge;

**OR**

    [ ] The petition for supervised release revocation is referred to U.S. District Judge Sharon L. Gleason (if available) for initial appearance/preliminary hearings(s), and evidentiary hearings. If the District Judge is unavailable, the matter is referred to the Magistrate Judge for initial appearance /preliminary hearing(s).

    [ ]

Dated this 3rd day of September, 2014 in Anchorage, Alaska.

*Sharon L. Gleason*
U.S. District Judge

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio*, 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing only if the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court may not designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.