IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>NOBUYA MICHAEL OCHINERO,<br><br>On Writ of Habeas Corpus | Case No. 3:14-cr-00014-SLG<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

On the Petition of Stephanie C. Courter, Assistant United States Attorney, IT IS ORDERED that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to the Anchorage Jail, before this Court as a defendant in a certain cause now pending before this Court, to wit: <u>United States of America v. Ochinero</u>, 3:14-cr-00014-SLG for an initial appearance and status conference, and such other proceedings as the Court may desire, said person to be returned to the said State of Alaska Department of Corrections, as soon as the case is disposed of.

DATED this 3rd day of September, 2014 at Anchorage, Alaska.


*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE