MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. NOBUYA MICHAEL OCHINERO   CASE NO. 3:14-cr-00014-SLG
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK/RECORDER: NANCY LEALAISALANOA

OFFICIAL REPORTER: NOT PRESENT

UNITED STATES' ATTORNEY: STEPHANIE CAROWAN COURTER

DEFENDANT'S ATTORNEY: JAMIE McGRADY - APPOINTED

U.S.P.O.: CHRIS LIEDIKE/TIM ASTLE

PROCEEDINGS: STATUS CONFERENCE/INITIAL APPEARANCE ON SUPERSEDING PETITION TO REVOKE SUPERVISED RELEASE (DKT 58) HELD SEPTEMBER 5, 2014:

---

At 9:14 a.m. court convened.

_X_ Copy of Superseding Petition to Revoke Supervised Release (DKT 58) given to defendant: read.

_X_ Defendant advised of general rights.

_X_ Financial Affidavit **FILED**.

_X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant **DENIED** allegations 1-4 of the Superseding Petition to Revoke Supervised Release (DKT 58).

_X_ Matter to be referred to U.S. District Judge for an Evidentiary Hearing.

_X_ Detention Hearing to be set as soon as resolution complete of State of Alaska case.

_X_ Order of Temporary Detention Pending Hearing **FILED**.

_X_ OTHER: Court and counsel heard re government's oral motion to hold petition in abeyance pending resolution of State of Alaska case; **GRANTED**. Officer Liedike to obtain a written diagnosis from Anchorage Community Mental Health re the defendant as soon as possible.

Court ordered Restitution $116,681.97 to be paid as stated in the Amended Judgment.

At 9:46 a.m. court adjourned.

DATE:       September 5, 2014     DEPUTY CLERK'S INITIALS: NXL

Revised 5-29-14