IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

# RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS.  NOBUYA MICHAEL OCHINERO

CASE NO:  3:14-cr-00014-SLG

---

**Defendant NOBUYA MICHAEL OCHINERO ,**

**has this date met the bail conditions indicated below and is ordered discharged from custody.**

**  XX   Released to Pre-Trial Services Officer for appointment and to be placed at the Cordova Center.**

____ **Paid cash bail in the amount of** _____ **to the Clerk of Court**

____ **Posted unsecured bond in the amount of** _____

____ **Posted bond secured by** ____ **property or** ____ **surety in the amount of** _____ **with the Clerk of Court**

____ **Surrendered passport to the U.S. Probation and Pretrial Services Office**

____ **Other** _____

Dated at Anchorage, Alaska this  23rd  day of February, 2015 .

        /s/*Sharon L. Gleason*
        **SHARON L. GLEASON**
        **U.S. DISTRICT JUDGE**

Original & 1 cy to U.S. Marshal

(Rev 2/15)